IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID ANSGAR NYBERG.

    Petitioner,

vs.                                 CASE NO: 4:03cv376-SPM/AK

JACKIE CRAWFORD, Director,
NEVADA D.O.C., and
FLORIDA PAROLE COMMISSION,

    Respondents.
_____/

### ORDER DIRECTING RESPONDENT COMMISSION TO CLARIFY POSITION

This cause comes before the Court on the notice (doc.18) filed by Petitioner Nyberg advising the Court that he was not interviewed for parole in May 2005 for a scheduled re-interview (distinct from the interview recommended by the Magistrate Judge).   The failure to provide Petitioner Nyberg with some type of parole interview appears to be in conflict with the Respondent Commission's position that the failure to interview Petitioner Nyberg in the past was due to communication errors or inaction on the part of others and that the Respondent Commission's policy is to seek out courtesy interviews for prisoners who are held in custody outside the state of Florida.  Accordingly, it is

ORDERED AND ADJUDGED that the Respondent Commission shall have up to and including June 27, 2005 to file a written clarification of its position, which shall include an explanation of why Petitioner Nyberg was not interviewed

for parole in May 2005.

    DONE AND ORDERED this 13th day of June, 2005.

                      *s/ Stephan P. Mickle*
                       Stephan P. Mickle
                       United States District Judge